**William BOONE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28943.

Court of Criminal Appeals of Texas.

April 10, 1957.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

### PER CURIAM.

The conviction is for the unlawful possession of marihuana; the punishment, 5 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.